IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BARRY ANDERSON | ) | |
| | ) | |
| PLAINTIFF | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| TGI FRIDAYS, INC | ) | JURY DEMAND |
| ~~■■■~~ | | |
| ~~■■■~~ | ) | |
| | ) | |
| DEFENDANTS | ) | |

## COMPLAINT

### INTRODUCTION

1.      Plaintiff alleges that Defendants subjected him to cruel and unusual punishment and deprived him of constitutional rights guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.

2.      As a result of their violations of the United States Constitution and federal laws as set out above, Plaintiff also alleges that Defendants have deprived him of his civil rights in violation of 42 U.S.C. § 1983.

### JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

5.      Venue is proper under 28 U.S.C. § 1391(b).

### PARTIES

6.      Plaintiff Barry Anderson (Plaintiff) resides in Nashville, Tennessee which is located in Davidson County.

7.	TGI Fridays Inc., is a corporation authorized to do business in Nashville, Davidson County, Tennessee

## FACTS

Plaintiff alleges all of the following:

8.	Plaintiff was employed by TGI Friday, located at 2034 West End Avenue in Nashville, Tennessee.

9.	Plaintiff worked at the Plate Nacho station in the kitchen area and Plaintiff was working 40 hours per week until February, 2010.

10.	On or about February 2010, Plaintiff's hours were reduced and such hours were given to his Hispanic co-workers. When Plaintiff complained, and attempted to resolve this problem internally, his hours were further reduced.

11.	On May 17th, 2010, Plaintiff was discharged from Defendant TGI Fridays.

12.	Plaintiff subsequently filed a complaint with the Nashville office of the U.S. Equal Opportunity Commission ("EEOC"). Based on this lengthy investigation, the EEOC concluded that there was a reasonable cause to believe that discrimination and retaliation toward Plaintiff had indeed occurred. Plaintiff received a Notice of Right to Sue (Conciliation Failure), dated February 3rd, 2012.

## CAUSES OF ACTION

13.	Plaintiff repeats the allegations of paragraphs 1 through 12 as is fully set forth herein.

**Count I: Violation of Fourteenth Amendments**

14.    Defendants acting at all relevant times violated Plaintiff's rights under the Fourteenth Amendments to the United States Constitution and discriminated against Plaintiff based upon his race and ethnicity. Plaintiff is entitled to all available remedies for such violations.

**Count II: Violation of 42 U.S.C. § 1983**

15.    As a result of the violations of federal law set forth above, Plaintiff also has a cause of action under 42 U.S.C. § 1983 and is entitled to all remedies set forth therein.

**<u>REQUEST FOR RELIEF</u>**

WHEREFORE, Plaintiff requests that this Court:

1.    Declare the actions of all Defendants complained of herein to be in violation of the Fourteenth Amendment to the United States Constitution; and 42 U.S.C. § 1983;

2.    Award Plaintiff compensatory damages from Defendants in such amount as determined by a jury;

3.    Award Plaintiff punitive damages from Defendants in such amount as determined by a jury;

4.    Award Plaintiff to recover from Defendants all fees and costs of this lawsuit, including reasonable attorney's fees, expenses and costs; and

5.    Order such other and further relief as the Court may deem just and proper.

3

Dated:  April 30, 2012                    Respectfully Submitted,


                                          /s/Connie Allison

                                          _____
                                          Connie Allison (BPR# 24923)
                                          Attorney for the Plaintiff
                                          533 Church Street, Suite 166
                                          Nashville, TN  37219
                                          (615) 254-7115