IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY ANDERSON ) | |
| ) | Case No. 3:12-0430 |
| v. ) | JUDGE SHARP |
| ) | |
| T.G.I. FRIDAY'S, INC., ) | |
| ) | |

**O R D E R**

Pursuant to the Notice of Dismissal (Docket Entry No. 15) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE